**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>23-mj-2556-Reid</u>**

**UNITED STATES OF AMERICA**

**v.**

**ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO, and
WALTER VEINTEMILLA,**

**Defendants.**

_____/

**<u>SEALED ORDER</u>**

The United States of America, having applied to this Court for an Order unsealing the criminal

complaint, complaint affidavit, arrest warrants, and any other documents filed in this criminal case

so far, and the Court, having reviewed the motion and being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion to Unseal the Complaint is GRANTED.

**DONE AND ORDERED** in chambers at Miami, Florida, this  14  day of February 2023.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     AUSA Andrea Goldbarg
        AUSA Monica K. Castro